DANIEL G. BOGDEN
United States Attorney
District of Nevada

ROGER WENTHE
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard So., Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336
Fax: 702-388-6787

Email:roger.wenthe@*usdoj.gov*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. CR-S-98-473 |
| v. | ) **MOTION FOR SUPPLEMENTARY** |
| | ) **PROCEEDINGS (EXAMINATION OF** |
| Wayne Andre McMiniment, | ) **JUDGEMENT DEBTOR)** |
| Defendant. | ) |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Roger Wenthe, Assistant United States Attorney, moves this Honorable Court for an order requiring defendant, Wayne Andre McMiniment, to appear before a United States Magistrate Judge at a time and place to be set by the court for examination supplementary to judgment pursuant to Rule 69 of Fed. R. Civ. P., 28 U.S.C. § 3105, and N.R.S. 21.270.

POINTS AND AUTHORITIES

The Federal Debt Collection Procedure Act is "the exclusive civil procedures for the United States ... to recover a judgment on a debt." 28 U.S.C. § 3001(a) (1)).  A debt is an amount owed "to the United States on account of ... [an] other source of indebtedness to the United States ...." 28 U.S.C. § 3002(3) (B).  A judgment is "a judgment ... entered in favor of the United States in a court and arising

from a ... criminal proceeding ...." 28 U.S.C. § 3002(8).  A criminal money judgment against a defendant is a judgment entered as a debt in favor of the Government.  *See* 28 U.S.C. §§ 3001(a) (1), 3002(3) (B) and (8), 3201, and 3202(a).  The creation, duration, and renewal of judgment liens are part of Subchapter C.  *See* 28 U.S.C. §§ 3201 and 3202(a).  Since judgments include criminal money judgments, the judgment lien is good for 20 years and can be renewed for another 20 years.  *See* 28 U.S.C. §§ 3002(8), 3201, and 3202(a).

This motion is based upon the attached Declaration and the pleadings and papers on file herein.

DATED this 13th day of May, 2015.

                                      DANIEL G. BOGDEN
                                      United States Attorney

                                       /S/ ROGER WENTHE
                                      ROGER WENTHE
                                      Assistant United States Attorney

# **DECLARATION**

FOR MOTION FOR SUPPLEMENTARY PROCEEDINGS
(EXAMINATION OF JUDGMENT DEBTOR)

STATE OF NEVADA    )
                   )
COUNTY OF CLARK    )

Amy Ragsdale, declares pursuant to 28 U.S.C. §1746 under penalty of perjury that the foregoing is true and correct.

1. I am a Legal Assistant in the Financial Litigation Unit for the United States Attorney's Office, District of Nevada. I have custody of the records in this office pertaining to this collection matter.

2. Judgment was entered, for the plaintiff and against defendant on, January 28, 2000, for the sum of $2,041,837.00, together with interest thereon from the date of judgment and court costs.

3. Wayne Andre McMiniment resides within the jurisdiction of this Court.

4. The judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. The judgment remains unpaid.

                                           */s/ Amy Ragsdale*
                                           Amy Ragsdale
                                           Legal Assistant
                                           Financial Litigation Unit

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. CR-S-98-473<br>) |
| v. | )<br>) |
| Wayne Andre McMiniment, | )<br>) |
| Defendants. | ) |

**ORDER FOR SUPPLEMENTARY PROCEEDINGS OF JUDGMENT DEBTOR EXAMINATION**

On plaintiff's motion and good cause appearing, the defendant, Wayne Andre McMiniment, is hereby ordered to appear before the United States Magistrate in courtroom 3D, Lloyd D. George Federal Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the **9th day of July, 2015 at 9:30 a.m.**, to then and there answer upon oath concerning the property of the defendant and for such other proceedings as there may occur consistent with proceedings supplementary to execution.

It is further ordered that you, the defendant, bring to the hearing the following:

1. Your three most recent federal income tax returns with their attachments.

2. Copies of all personal and business financial statements concerning checking and savings accounts for the past twelve months.

3. A copy of the titles to all you and your, spouses' vehicles, automobiles, boats, aircraft, etc

      4. Copies of your earnings statements (i.e. paychecks) for the past twelve months.

      5. Copies of your bills for the past twelve months to verify statements on the financial form.

It is further ordered that a copy of this order shall be served upon the defendant by the United States Marshall or private process service at least 15 calendar days before the hearing scheduled herein.

Failure to appear may subject you, the defendant, to punishment for contempt of court.

DATED this 18th day of May, 2015.

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

/S/ ROGER WENTHE
ROGER WENTHE
Assistant United States Attorney

IT IS FURTHER ORDERED that the government is responsible for recreating an efficient record of the Judgment Debtor Examination on July 9, 2015 at 9:30 a.m., in courtroom 3D.

IT IS FURTHER ORDERED that service of process on defendant must be lodged with the court by July 6, 2015.